IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ADRIAN H. LOVE, JR.                                                          PLAINTIFF

                    v.                    Civil No. 10-5091

C.O. SHARP, Washington
County Detention Center                                                     DEFENDANT


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

 Adrian H. Love, Jr., filed this *pro se* civil rights action under 42 U.S.C. § 1983.  At the time, plaintiff was incarcerated at the Washington County Detention Center.  Plaintiff failed to submit with his complaint a completed *in forma pauperis* (IFP) application or pay the $350 filing fee.  The IFP application did not have the certification regarding inmate funds held in his name completed.

 An order was entered on May 25, 2010, giving the plaintiff until June 18, 2010, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee.  Plaintiff was advised that if he failed to return the completed IFP application or pay the $350 filing fee by June 18, 2010, the complaint would become subject to summary dismissal for failure to obey an order of the court.

 To date, plaintiff has not submitted a complete IFP application or paid the $350 filing fee.  Plaintiff has not requested an extension of time to provide the application to the court.  Plaintiff has not communicated with the court since he filed this case.  No mail has been returned as undeliverable.

-1-

AO72A
(Rev. 8/82)

I therefore recommend that the case be dismissed based on the plaintiff's failure to obey the order of this court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**Love has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Love is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of September 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-2-

AO72A
(Rev. 8/82)