IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ADRIAN H. LOVE, JR.**                                                                                   **PLAINTIFF**

           v.            Civil No. 10-5091

**C.O. SHARP, Washington
County Detention Center**                                                                              **DEFENDANT**

## O R D E R

Now on this 26th day of January, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #3), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's complaint is **dismissed.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**